UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Regina Ernst, et al.,

    Plaintiff(s),

vs.                                                 Case Number: 14-cv-504-GKF-PJC

Creek County Public Facilities Authority, et al.,

    Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 03/29/2016 a Settlement Conference was held in the captioned matter.

☑ The litigation was settled *as between plaintiff and defendant ACH* within **30** days of the date hereof, the Plaintiff and Defendant shall file:

    -- a Stipulation of Dismissal
    OR
    -- Agreed Judgment and
       Motion to Enter Agreed Judgment

☑ The litigation was not settled *as to all other defendants.*

☐ Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2016.

DATED: 03/29/2016.

_____
T. Lane Wilson
U.S. Magistrate Judge