**CREEK COUNTY SHERIFFS OFFICE**
316 EAST LEE AVENUE
SAPULPA, OK. 74066-
Phone: (918) 227-6374   Fax:
(*RELEASE*)

ERNST, DAVID M
SAPULPA, OK. 74066-
(918) -    Cell#: ( ) -

| Booking# | Jacket# |
|---|---|
| 44624 | 215844 |
| Cell# | Locker# | Days |
| D-213 | R092 | 298 |

Social Security #: [redacted]   D.L.#: /   Date Of Birth: [redacted] (52)

Mittimus #: 0
Length: SHT

Race: W   Sex: M   Height: 509   Weight: 180
Hair: BRO   Eye: BRO   Complexion: MED   Hispanic: U
Mustache: Y   Glasses: N   Dominant Hand: D   Military Agency:
Religion: NONE   Marital Status: M   Place Of Birth: FLORIDA
Country: USA   Diet Restriction:   Citizen: Y
Features:
Aka: ERNST, DAVID
Employer: ORCHIGS                    Work Phone: ( ) -                 SID#:
Kin Name: REGINA ERNST               Relationship: WIFE
Address:
Phoned Who: REGINA ERNST             Phone #: [redacted]               Case/OCA#:
Intake Date: 8/24/2013   Time: 06:50   Intake Officer: 0324 - ALBERDING, BARBARA
Arrest Date: 8/24/2013   Time:        Officer: MCELHANNON
                                      Searching Officer: 0296 - SIMMS, DAVID
Arresting Agency: KELLYVILLE   Transporting Agency: MCELHANNON/KVPD   Location: ST FRANCIS HOSPITA
Bond Description: OTHER                                                Bond Amt: 205000.00
Vehicle Towed By: KAPS        Agency Responsible: 1 - CREEK COUNTY SHERIFF OFFICE
CR#:                          Prison #:        Inmate Class:          Suicide Watch: N
Holders:
Trustee: N    Mental Illness: N          Weekender: N         Violent: N
Release Date: 6/17/2014   Time: 09:00    Officer ID: 1026
Released By:              Released To:                        Out Weight:   Total Bookings: 1
Bond Out Type:            Disposition:

Beard: Y
Gang: NONE
Escape Risk: N
# Of Children: 3

ate_____   C/O _____

| CHARGE | DESCRIPTION | TERMS | BOND | CASE NO | CT | DATE | TIME | DEPT |
|---|---|---|---|---|---|---|---|---|
| 4700110309 | UNSAFE LANE USE | [1 | BAIL 5000 | | VA | 8/6/2014 | 13:30 | 1 |
| 2107110000 | MANSLAUGHTER FIRST DEGREE | [1 | BAIL 50000 | | VA | 6/10/2014 | 08:30 | 1 |
| 2107110000 | MANSLAUGHTER FIRST DEGREE | [1 | BAIL 50000 | | VA | 3/5/2014 | | 1 |
| 2107110000 | MANSLAUGHTER FIRST DEGREE | [1 | BAIL 50000 | | VA | 3/6/2014 | | 1 |
| 2107110000 | MANSLAUGHTER FIRST DEGREE | [1 | BAIL 50000 | | | / / | | 1 |



Transport Officer For Release_____