# EXHIBIT 25

# AUDIO RECORDED PHONE CALL ON JUNE 11, 2014 FROM ANGELA HOLMES TO CREEK COUNTY JAIL

*(Submitted to the Court under separate filing)*