```
 1
 2
 3
 4
 5
 6              ***ATTORNEY WORK PRODUCT***
 7
 8
 9                  AUDIO TRANSCRIPT
10                     VOLUME 3
11                        of
12         Calls 918-808-4398 (CCPFA 1846)
13
14       rc-20140606-160948-Jail@D1-9182271045-
                    9188084398-1.wav
15
                        through
16
     rc-20140619-110544-Jail@Bookingphone2-9182271022-
17                  9188084398-1.wav
18
19
20
21
22
23
24
25    TRANSCRIBED BY:  Becky C. Dame, CSR, RPR
```

EXHIBIT 26

```
 1
 2                    (File No. 44)
 3        rc-20140606-160948-Jail@D1-9182271045-
 4                   9188084398-1.wav
 5         RECORDING:  Hello.  You have a prepaid
 6  card call from:
 7         JEREMY:  Your husband.
 8         RECORDING:  An inmate at the Creek County
 9  jail.  This call may be monitored or recorded.  Any
10  attempt to connect -- this call may be monitored or
11  recorded.
12         ANGELA:  Finally.
13         JEREMY:  Hi, beautiful.
14         ANGELA:  Hi, baby.  What's going on?
15         JEREMY:  I got time for five.  I got to go
16  back in two weeks, the 25th, here at the jailhouse,
17  and I sign for my probation.  I took five years
18  probation.
19         ANGELA:  Why did you take that?
20         JEREMY:  Because they wanted me to do 120
21  days in here, and I ain't doing 120 days.
22         ANGELA:  He told me 90.
23         JEREMY:  He read the paper wrong.  It was
24  120.  And when he asked me that, I said, "No, I'll
25  take the five."
```

```
 1   jail.  This call may be monitored or recorded.  Any
 2   attempt to connect a third party will result in the
 3   immediate termination of your call.
 4            Press 1 to accept this call.  Press 4 to
 5   hear possible charges for -- this call may be
 6   monitored or recorded.
 7            ANGELA:  Hi, baby.
 8            JEREMY:  Hey, you beautiful thing.  What
 9   are you doing?
10            ANGELA:  Waiting on you to call me.
11            JEREMY:  Waiting on you to call me, huh?
12            ANGELA:  Yeah.
13            JEREMY:  Well, I love you.
14            ANGELA:  I love you too.  What's going on?
15            JEREMY:  Oh, nothing much.  Just sitting
16   here.  What are you doing?
17            ANGELA:  Did they come get that guy last
18   night?
19            JEREMY:  Yeah.  They come and got him and
20   took him out and asked him a few questions and shit
21   and brought him back.  They sentenced him today.
22            ANGELA:  Oh.  What did they give him?
23            JEREMY:  36 years violent.
24            ANGELA:  What?
25            JEREMY:  Yeah.  He's going to spend the
```