INSTRUCTION NUMBER _____

IN THE DISTRICT COURT OF THE 24TH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CREEK COUNTY

FILED IN DISTRICT COURT
CREEK COUNTY BRISTOW OK
JUN 12 2014
TIME _1:41 pm_
Amanda VanOrsdol, Court Clerk

| | |
|---|---|
| THE STATE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| vs | ) Case No. B-CF-2013-332 |
| DAVID MICHAEL ERNST, | ) |
| Defendant. | ) |

**VERDICT**

**COUNT 1: MANSLAUGHTER, FIRST DEGREE** (Vivian Henay)

We, the jury, empanelled and sworn in the above-entitled cause, do, upon our oaths, find as follows:

Defendant is:

__X__ Guilty of the crime of **Manslaughter, First Degree,** and fix punishment at _____ 7 years _____ .

_____ Not Guilty of the crime of **Manslaughter, First Degree.**

OR

Defendant is:

_____ Guilty of the crime of **Manslaughter, Second Degree,** and fix punishment at _____ .

_____ Not Guilty of the crime of **Manslaughter, Second Degree.**

EXHIBIT 27

**OR**

Defendant is:

_____  Guilty of the crime of **Negligent Homicide** and fix punishment at _____.

_____  Not Guilty of the crime of **Negligent Homicide.**

**COUNT 2:  MANSLAUGHTER, FIRST DEGREE** (Susie Frazier)

Defendant is:

__X__  Guilty of the crime of **Manslaughter, First Degree,** and fix punishment at _____ 7 years _____.

_____  Not Guilty of the crime of **Manslaughter, First Degree.**

**OR**

Defendant is:

_____  Guilty of the crime of **Manslaughter, Second Degree,** and fix punishment at _____.

_____  Not Guilty of the crime of **Manslaughter, Second Degree.**

OR

Defendant is:

_____  Guilty of the crime of **Negligent Homicide** and fix punishment at _____.

_____  Not Guilty of the crime of **Negligent Homicide**.

**COUNT 3:   MANSLAUGHTER, FIRST DEGREE** (Charles Alexander Henry)

Defendant is:

__X__  Guilty of the crime of **Manslaughter, First Degree**, and fix punishment at ___15 years___.

_____  Not Guilty of the crime of **Manslaughter, First Degree**.

OR

Defendant is:

_____  Guilty of the crime of **Manslaughter, Second Degree**, and fix punishment at _____.

_____  Not Guilty of the crime of **Manslaughter, Second Degree**.

**OR**

Defendant is:

_____  Guilty of the crime of **Negligent Homicide** and fix punishment at _____.

_____  Not Guilty of the crime of **Negligent Homicide**.

## COUNT 4:  MANSLAUGHTER, FIRST DEGREE (Vernon Bowles)

Defendant is:

__X__  Guilty of the crime of **Manslaughter, First Degree**, and fix punishment at 7 years.

_____  Not Guilty of the crime of **Manslaughter, First Degree**.

**OR**

Defendant is:

_____  Guilty of the crime of **Manslaughter, Second Degree**, and fix punishment at _____.

_____  Not Guilty of the crime of **Manslaughter, Second Degree**.

**OR**

Defendant is:

_____    Guilty of the crime of **Negligent Homicide** and fix punishment at _____.

_____    Not Guilty of the crime of **Negligent Homicide.**

_____
FOREPERSON

OUJI-CR 10-18
(2000 Supp.)