```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OKLAHOMA


  1)  MICHELLE ERNST as Personal
      Representative of the Estate
      deceased,

         Plaintiff,

  vs.                                    No. 14-CV-504-GKF-PJC

  1)  CREEK COUNTY PUBLIC
      FACILITIES AUTHORITY,
  2)  ADVANCED CORRECTIONAL
      HEALTHCARE, INC.,

         Defendants.


              DEPOSITION OF MICHELLE ERNST
          Taken on Behalf of the Defendants
        On May 21, 2015, beginning at 9:53 a.m.
                  In Tulsa, Oklahoma


                      APPEARANCES:

  Appearing on behalf of the PLAINTIFF

         Micky Walsh
         BEELER, WALSH & WALSH
         4508 N. Classen Boulevard
         Oklahoma City, Oklahoma 73118
         405-810-9339
         Dfranseen@beelerwalshwalsh.com

         -and-

         Carla Stinnett
         DENNEY & STINNETT
         301 East Dewey
         Sapulpa, Oklahoma 74066
         918-227-1177
         Carla@gregdenneylaw.com

  (Appearances cont'd on next page)

  Reported By:  Becky C. Dame, CSR, RPR
```

EXHIBIT 29

```
 1   WHEREUPON,
 2                    MICHELLE ERNST,
 3   after having been first duly sworn, deposes and
 4   says in reply to the questions propounded as
 5   follows, to-wit:
 6                    DIRECT EXAMINATION
 7   BY MR. McMILLIN:
 8        Q    Could you state your full name, please?
 9        A    Michelle Lee Ernst.
10        Q    And what's your date of birth?
11        A    ▓▓▓▓▓▓▓▓
12        Q    And where do you live?
13        A    Pryor, Oklahoma.
14        Q    What's your address?
15        A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in Pryor.
16        Q    And does anyone live there with you?
17        A    Yes.
18        Q    Who lives there with you?
19        A    Do you want me to name them all?  Because
20   there are ten people that live there.
21        Q    Oh, really?
22        A    Yes.
23        Q    Is it a house?
24        A    Yes.
25        Q    Okay.  Well, are you married?
```

```
 1        Q    Other than those two incidents, any other
 2   times your mother ever mentioned your dad and
 3   suicide?
 4        A    She never specifically said the word
 5   "suicide," but she said he wasn't getting the care
 6   he needed.  He needed help.
 7        Q    Anything else you remember your mom
 8   telling you about your dad's incarceration?
 9        A    It was mostly that they weren't taking
10   care of him like they were supposed to.  He needed
11   help.  They wouldn't take him to the doctor.  The
12   nurses weren't doing anything for him.  He was
13   having nightmares.  He couldn't sleep.
14        Q    You never talked to any of the nurses or
15   medical staff at the jail, did you?
16        A    No.
17        Q    Do you remember answering some written
18   questions that were submitted in this case?  You
19   signed off on these as being accurate.
20             Do you remember -- let me just hand you
21   what I'll mark as Exhibit 1 to your deposition.
22             (Exhibit 1 marked for identification)
23   BY MR. McMILLIN:
24        Q    These are what we call Interrogatories and
25   document requests, that you as the personal
```

```
 1   discussed sometime after August of 2013, but you
 2   have absolutely no memory of anything better than
 3   that?
 4        A    No.
 5        Q    Okay.  And if I understand it right, just
 6   to get it straight in my mind, your mom told you
 7   that your dad told her that when he was in the
 8   hospital as a result of the accident, he had tried
 9   to strangle himself with a heart monitor?
10        A    Yes.
11        Q    And when did she tell you that?
12        A    I don't recall.
13        Q    And when is it -- or if you can remember
14   which visit it was, out of those three visits you do
15   remember where your dad told you that he tried to
16   hang himself in the bathroom?
17        A    I want to say it was the first visit.
18        Q    First visit?
19        A    But I can't say for sure.
20        Q    Okay.  So that would be sometime around
21   October of 2013?
22        A    If that's when the first time I saw him,
23   yes.
24        Q    Okay.  And you said you didn't talk to
25   anyone about that other than with your mom?
```

```
 1      A    Yes.
 2      Q    Do you know if your mom ever talked to
 3 anyone about him telling her that?
 4      A    Yes.  She told me that she talked to
 5 people at the jail.
 6      Q    Did she tell you who she talked to?
 7      A    No.  She talked to so many people up
 8 there.
 9      Q    Okay.  So mom told you she talked to
10 someone, but not who she talked to?
11      A    Yes.
12      Q    And she said that she talked to him about
13 him saying he tried to hang himself in the bathroom?
14      A    I believe so.
15      Q    Do you know so?
16      A    I couldn't say for certain.
17      Q    Was there ever any discussions again after
18 that first visit in October about him trying to hang
19 himself in the bathroom?
20      A    Not about that specific incident, no.
21      Q    How did you become knowledgeable that your
22 dad was placed on suicide watch when he was first
23 booked into the Creek County jail?
24      A    My mom went to visit him and they wouldn't
25 allow it because he was on suicide watch.
```