# CREEK COUNTY SHERIFFS OFFICE
## Jail Incident Report

| Incident Number | Report Date/Time | Incident Type | Location | |
|---|---|---|---|---|
| 1400456 | 06/17/2014 - 07:03 | OTHER | DAVID-POD / SHOWER LOW / DAVID / | |
| Reporting Officer | | PIN # | Approved By | Date |
| SELLERS, EARNESTO | | 1064 | | |
| Cleared By: | | | Cleared Date: | |

### Inmate(s) Involved

**Inmate Name:** ERNST, DAVID M

Booking #:          Jacket #:          Intake Date:
Infraction Type: **Minor**          Charges Filed:
Findings:
Action Taken:
Closed By:                              Date:

Violation: -
Weapon:

### Employee(s) Involved

**Employee Name:** ALBERDING, BARBARA ANN
Employee ID: **0324**          Badge #:          Hire Date: **05/01/2011**          Shift:
Department Major: **JAIL DIVISION**
Department Minor: **DETENTION OFFICER**
Supervisor Name: **MATHEWS, PAUL (C-40)**
Involved How: **REPORTING OFFICER**

**Employee Name:** KALEVIK, MENTER CARL
Employee ID: **1068**          Badge #:          Hire Date: **10/07/2013**          Shift: **A**
Department Major: **JAIL DIVISION**
Department Minor: **DETENTION OFFICER**
Supervisor Name: **BIRCH, KELLY (S-4)**
Involved How: **REPORTING OFFICER**

**Employee Name:** SELLERS, EARNESTO
Employee ID: **1064**          Badge #:          Hire Date: **08/01/2013**          Shift:
Department Major: **JAIL DIVISION**
Department Minor: **DETENTION OFFICER**
Supervisor Name: **BIRCH, KELLY (S-4)**
Involved How: **REPORTING OFFICER**

## CREEK COUNTY SHERIFFS OFFICE
## Jail Incident Report

| Incident Number | Report Date/Time | Incident Type | Location | |
|---|---|---|---|---|
| 1400456 | 06/17/2014 - 07:03 | OTHER | DAVID-POD / SHOWER LOW / DAVID / | |
| Reporting Officer | | PIN # | Approved By | Date |
| SELLERS, EARNESTO | | 1064 | | |
| Cleared By: | | | Cleared Date: | |

### Supplements

Supplement Type: **Administrative**
Supplement By: **SELLERS, EARNESTO**          Entry Date: **6/17/2014   7:11:21AM**
Approved By:                                  Approval Date:

On 6-17-14 At approximately 04:47 am I Detention Officer Earnesto Sellers and Detention Officer Kalevik was feeding out in C-POD,When Detention Officer  Alberding came of the radio stating all rovers report to D-Pod. As we arrived to D-pod we notice the Inmates  yelling that Inmate David Ernst had hung his self. I notice Inmate Ernst, laying on the ground in front of the shower of the bottom tier. I Detention Officer Sellers check for a pulse and notice Inmate ernst wasn't Breathing. Deputy Masters arrived to the pod and I informed him that Inmate Ernst had Hung himself and that he was not breathing. Deputy Masters call to Dispatch and advise the to call EMSA.. Deputy Master began CPR on Inmate Ernst while Detention Officer Kalevik went to retrive the AED machine. Deputy Masters informed Myself to go to medical and restive the medical bag.. As I  returned Detention Kalevik was
hooking up the AED Machine to Inmate Ernst, As Deputy Maters was still applying CPR. While Deputy masters was doing the chest compression, I Detention Officer Sellers started the mouth to mouth. After 10 min of CPR.  EMSA arrived and stated that Inmate Ernst jaw had locked. and CPR was stopped. End of Report.

Supplement Type: **Administrative**
Supplement By: **KALEVIK, MENTER CARL**      Entry Date: **6/17/2014   7:42:10AM**
Approved By:                                 Approval Date:

On 6/17/14 at approximately 0440 while feeding C-pod with Detention Officer Sellers, Ernesto we received a call over our radios to a medical emergency in what sounded like Baker Pod but by the time we arrived at that pod the call Changed to D-POD. When we arrived in the pod Several Inmates were Crowded around Inmate Ernest, David from cell D-213. The inmate was unresponsive to the calls of the Inmates around him and once I reached him and the Inmates returned to their cells I checked for breathing and a pulse and when no response came from the inmate from sternum rubs and a smelling salt tab Chief of Security Masters began CPR while I went to medical to grab the Medical Bag and the AED. While grabbing gloves Officer Sellers joined me in booking and carried the medical bag while I brought the AED back to David Pod. Upon arriving at the pod C/S Masters was continuing cpr and began trying to cut the clothing off of the inmate so the aed could be attached. Once the clothing was clear and the AED patches were applied. The Aed recommended no shock and we continued Compressions and rescue breaths to seven revolutions until the EMT's arrived at approximately 0503. The EMT's called the time of death at 0505 and we photographed the scene of the incident. At approximately 5030 I moved the inmates of the pod to the multi purpose room and separated the Inmates directly involved to the visitation rooms one and three. Upon confirming that the scene was secured and that the chief of security needed nothing further I continued with my duties.

Nothing further to report at this time.

06/17/14@07:37:14

D/O Kalevik

X_____

Supplement Type: **Administrative**
Supplement By: **JONES, BOOMER JAY**         Entry Date: **6/17/2014   7:46:30AM**
Approved By:                                 Approval Date:

On June 12th 2014 I SS B. Jones and Deputy Prout talked to Inmate Ernst, David when he came back from trial.  We asked him how he felt and if he was suicidal.  Inmate Ernst showed no sign of being suicidal or having suicidal thoughts.  Deputy Prout had medical staff check on Inmate Ernst as well.  Medical informed us he didn't show any signs of harming himself, that they saw.  Inmate Ernst was sent back to D-pod.  No further incidents to report at this time.

Supplement Type: **Administrative**

## CREEK COUNTY SHERIFFS OFFICE
## Jail Incident Report

| Incident Number | Report Date/Time | Incident Type | Location | |
|---|---|---|---|---|
| 1400456 | 06/17/2014 - 07:03 | OTHER | DAVID-POD / SHOWER LOW / DAVID / | |
| Reporting Officer | | PIN # | Approved By | Date |
| SELLERS, EARNESTO | | 1064 | | |
| Cleared By: | | | Cleared Date: | |

Supplement By: **MASTERS, KYLE R**  Entry Date: 6/17/2014  8:02:37AM
Approved By:  Approval Date:

    On June 17th, 2014, I Deputy Kyle Masters was working in booking as shift supervisor. At approximately 0447 Master Control operator Barbara Alberding called over the radio that an inmate was trying to hang himself in D-pod. I grabbed the scissors and brought them with me down to D-pod so I could cut down the inmate if he had attempted to hang himself.

    Upon arriving at the D-pod door, I could see Detention Officers Mentor Kalevik and Ernesto Sellers through the window of the pod door. They were kneeling down beside inmate David Ernst. Kalevik appeared to be checking Ernst for a pulse. His body was laying on the ground by the shower, underneath the staircase, with his head facing toward to pod door. I entered the pod door and approached the body. Kalevik immediately said that he could not feel a pulse. I knelt down next to Ernst and checked for a pulse for approximately 10 seconds. While checking for a pulse, I noticed that Ernst had marks on his neck. I did not feel a pulse. I gave Ernst a sternum rub, checking for any sign of consciousness. He did not respond to the sternum rub. I check for a pulse a second time while looking, listening and feeling for any signs of breathing. I did not feel a pulse. His chest was not rising and falling and I did not hear or feel any attempt from him to breath.

    I began CPR on Ernst. As I was doing chest compressions, I sent officer Kalevik to get the AED. I continued chest compressions and had all the doors secured in the pod. When Kalevik arrived with the AED, I used the scissors to cut the shirt off of him so the AED Pads could stick to his chest. While cutting his shirt off, I found a picture of a woman that was stuck on his chest with some sort of adhesive. I did not recognize the woman in the photograph. I removed the picture and put it in my pocket to prevent it from being destroyed or picked up by another inmate while I was doing CPR. While the AED was being connected, I continued doing CPR until the AED advised to stop. I stopped chest compressions for a couple seconds while the AED analyzed Ernst. The AED analyzed the heart rhythm and said that a shock was not advised. I then began doing CPR again. Myself and Officer Kalevik switched out doing chest compressions. We completed about 6 or 7 rotations of CPR before Creek County EMS Arrived. After EMS checked Ernst, they told me to stop CPR. EMS pronounced Ernst diseased at 0505.

    I had Officer Sellers start a crime scene log, which I later took over. I secured the picture that was found on Ernst's body in an evidence bag and gave it to Detective Underwood. Detective Underwood took over the scene upon her arrival.

    I checked the out going mail box in booking and found a letter from David Ernst to his wife Regina Ernst. I gave the letter to Detective Underwood.

No further information at this time.

Deputy Kyle Masters

Creek County Sheriff's Office

---

Supplement Type: **Administrative**
Supplement By: **ALBERDING, BARBARA ANN**  Entry Date: 6/17/2014  8:21:10AM
Approved By:  Approval Date:

# CREEK COUNTY SHERIFFS OFFICE
## Jail Incident Report

| Incident Number | Report Date/Time | Incident Type | Location | |
|---|---|---|---|---|
| 1400456 | 06/17/2014 - 07:03 | OTHER | DAVID-POD / SHOWER LOW / DAVID / | |
| Reporting Officer | | PIN # | Approved By | Date |
| SELLERS, EARNESTO | | 1064 | | |
| Cleared By: | | | Cleared Date: | |

On 6/17/2014 at approximately 0447hrs while Detention Officer Menter Kalevik and Detention Officer Earnesto Sellers was feeding C-pod. I Barbara Alberding the Master Control Officer heard banging and screaming coming from D-Pod.I turned on the speaker to D-Pod and and inmate stated he's hanging. I immediately called all officers to D-Pod. D/O Sellers and D/O kalevik went out of C-Pod into the recreation yard on Masterside and went into thecorridor where D-Pod is located.    opened D-Pod's door and then I open A and B door to get Shift Superviser Masters into Masterside.

When S/S Masters got to D-Pod he started CPR while D/O Sellers and D/O Kalevik went to medical to get the defibulator and the amb bag. They all continued to do CPR till Creek County Ambulance Service arrived at 0459 hrs.
At 0516 hrs Creek County Deputy Teal arrived and went directly to D-Pod. S/S Masters tried to notify Dispatch that we needed and ambulance but they did not respond so I called them on the phone. Creek County Ambulance Service
was notifird at 0449 hrs. The ambulance arrived at 0459 hrs and went straight to D-Pod and continued CPR.

At 0516 Creek County Deputy Teal arrived and went to D-Pod. Creek County Ambulance had started to leave the facility but Captain Kelly Birch ask them to stay so they returned to D-Pod. At 0525 hrs Creek County Deputy Davis
arrives and goes directly to D-Pod. At 0531hrs other Creek County Deputies arrived.

Deputy Davis started to move the inmates from D-Pod to the multipurpose room and they are still there as of this report. at 0542hrs Captain Birch comes in with Deputy Chief Thompson and they go to D-Pod. Deputy Underwood arrives and goes to D-Pod. At 0607 hrs Lt Hutchinson arrives and goes to D-Pod. Later at 0620 hrs Lt. Hutchinson and the Medical Examiner goes to D-pod. At 0628hrs Sheriff Davis arrives. At 0631hrs Sheriff Davis and S/S jones goes down to D-Pod. At 0640hrs Undersheriff Bowling comes in the facility.

---

Supplement Type: **Administrative**
Supplement By: **PROUT, LANCE WADE**          Entry Date: 6/17/2014   9:24:31AM
Approved By:                                    Approval Date:

On June 13,2014 Deputy Adam Marshall brought inmate David Ernst back from his jury trial. Marshall informed me that inmate Ernst was sentenced to 35 years in prison and probably needed to be watched closely, Ernst had made a comment earlier in the week that it would be good for Marshall to just hit him with his car.

I talked with inmate Ernst for several minutes about his situation and the fact that this was probably a life sentence for him. Ernst stated that yes he knew it probably was and he was ok with it , Ernst said that he had been here ( Creek County Justice Center) for eight months and that he was good with everything. I told Ernst that I thought that he probably needed to be watched for at least 72 hours in booking just to make sure but that I would let the nurse make that call.
Night shift had been checking on inmate Ernst more than normal during the week of his trial.

Ernst seemed to be in good spirits and wanted to be around the other inmates to keep his spirits up once again I told him it was up to medical and that I would go along with what ever they decided.

Nurse Pam ( cooperate Nurse) who had been helping cover shifts at the Justice Center because we were short handed talked with inmate Ernst for a while and decided to let him return to his housing unit to be with the other inmates he had spent the last several months with. It was three to four hours before we let inmate Ernst return to his housing unit and he at that time was in good spirits.

No further information at this time.

Deputy Lance Prout

Creek County Sheriff's Office