```
 1
 2
 3
 4
 5
 6              ***ATTORNEY WORK PRODUCT***
 7
 8
 9                   AUDIO TRANSCRIPT
10                      VOLUME 15
11                         of
12          Ernst Calls to 918-346-2697 (219)
13
14           rc-20140601-123655-Jail@D3-
             9182271043-9183462697-1.wav
15
                        through
16
             rc-20140615-191200-Jail@D3-
17           9182271043-9183462697-1.wav
18
19
20
21
22
23
24
25   TRANSCRIBED BY:  Becky C. Dame, CSR, RPR
```

EXHIBIT 31

```
 1                     (File No. 245)
 2         rc-20140601-123655-Jail@D3-9182271043-
 3                      9183462697-1.wav
 4            REGINA:  Hello?
 5            RECORDING:  Hello.  You have a prepaid
 6   card call from:
 7            DAVID:  I just -- dad.
 8            RECORDING:  This call may be monitored or
 9   recorded.
10            REGINA:  Well, hello, stranger.
11            DAVID:  Golly, Reg.
12            REGINA:  Been camping.
13            DAVID:  With who?  Some dude?
14            REGINA:  No.  Camping with Fonda, baby.
15   Don't start crying.  Please don't.  That's all I
16   need right now.
17            DAVID:  How can you do me that way?
18            REGINA:  What did I -- how did I do you?
19            DAVID:  Don't tell me what's going on and
20   for a week I can't get ahold of you.
21            REGINA:  It's been five days, baby.  I
22   went camping.
23            DAVID:  It's been a week.  Monday --
24            REGINA:  Daddy, I went camping.  I went
25   camping.  I went camping.  I didn't know --
```

```
 1   to have to find me another payee.
 2              DAVID:  Who are you in Arkansas with?
 3              REGINA:  Myself.
 4              DAVID:  Dude, I know that ain't true, Reg.
 5              REGINA:  No.  Believe it or not.
 6              DAVID:  You're with that dude.
 7              REGINA:  No, I'm not.
 8              DAVID:  Yeah.
 9              REGINA:  No.
10              DAVID:  Tell me the truth.
11              REGINA:  I am, and I'm not going to sit
12   here and argue with you.  I'm already upset.
13              DAVID:  You're upset?  Why are you upset?
14              REGINA:  Because I can't get my money to
15   take care of business.
16              DAVID:  I had a feeling you wouldn't get
17   that lawyer anyway.  You don't even ask --
18              REGINA:  Oh, I'm going to get him.  I'm
19   going to get him.
20              DAVID:  I called you today.  I mean, you
21   had to be driving to Arkansas.  You wouldn't
22   answer -- that dude wouldn't let you --
23              REGINA:  I tried to answer your phone
24   call.
25              DAVID:  You didn't sit nowhere.  You went
```

```
 1   to Arkansas.
 2              REGINA:  You called me at 10:00 this
 3   morning, David.  That's the only time my phone's
 4   rang.  That's the only time until now.
 5              DAVID:  Man, Reg.  Why don't you just let
 6   me know the truth.  Why --
 7              REGINA:  Just do whatever you want to do.
 8   Okay?
 9              DAVID:  Seriously?
10              REGINA:  Yeah.  Seriously.  I'm just --
11   (Inaudible 03:21) because I just can't handle it
12   anymore.
13              DAVID:  Yeah.  You and what's his name,
14   huh?
15              REGINA:  No.  I love you.  I'm going to
16   let you go.  Bye.
17              DAVID:  You better not hang up on me...
18
19
20
21
22
23
24
25
```