```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2

 3    1) MICHELLE ERNST as Personal
      Representative of the Estate
 4    of DAVID MICHAEL ERNST,
      deceased,
 5
              Plaintiff,
 6
      vs                     No. 14-CV-504-GKF-PJC
 7
      1) CREEK COUNTY PUBLIC
 8    FACILITIES AUTHORITY,
      2) ADVANCED CORRECTIONAL
 9    HEALTHCARE, INC.,

10            Defendants.

11
                DEPOSITION OF AMANDA SPRIGGS
12            Taken on Behalf of the Plaintiff
          On July 31, 2015, beginning at 10:15 A.M.
13               In Broken Arrow, Oklahoma

14
                        APPEARANCES
15
      Appearing on behalf of the PLAINTIFF:
16    Micky Walsh
      BEELER, WALSH & WALSH
17    4508 North Classen
      Oklahoma City, Oklahoma 73118
18    405-810-9339
      mwalsh@beelerwalshwalsh.com
19    and
      Carla Stinnett
20    DENNEY & STINNETT, PLLC
      301 East Dewey Avenue
21    Sapulpa, Oklahoma 74066
      918-227-1177
22    carla@gregdenneylaw.com

23

24    Appearances Continued on Next Page

25    REPORTED BY:  MARY K. BECKHAM, CSR, RPR
```

**Professional Reporters**
800.376.1006
www.proreporters.com

EXHIBIT 34

```
 1    WHEREUPON,

 2                      AMANDA SPRIGGS,

 3    after having been first duly sworn, deposes and

 4    says in reply to the questions propounded as

 5    follows, to-wit:

 6                      DIRECT EXAMINATION

 7    BY MR. WALSH:

 8         Q    Would you state your full name, please?

 9         A    Amanda Spriggs.

10         Q    Ms. Spriggs, how are you employed?

11         A    I am self-employed.

12         Q    How?

13         A    I am a therapist.  I have a private

14    practice and I do contract work for a private

15    practice as well.

16         Q    Where is your private practice located?

17         A    In Broken Arrow.

18         Q    What name do you go under for the private

19    practice?

20         A    Moments of Clarity.

21         Q    Excuse me?

22         A    Moments of Clarity.

23         Q    How many other individuals work at Moments

24    of Clarity?

25         A    I'm the only one that does therapy.
```

1    pretty in depth, I would say at least an hour.

2         Q    Did she send you any written materials?

3         A    She did not.

4         Q    Did ACH send you any written materials?

5         A    Yes.

6         Q    What did you receive from ACH?

7         A    The first e-mail I received a -- the

8    paperwork that I was going to be using whenever I

9    was there.  I can't recall who sent it to me.  I

10   think it was somewhere in HR, and she also called me

11   and did a training over the phone, went over all

12   that paperwork, kind of talked about what my duties

13   were, what my responsibilities would be.

14        Q    What did she explain that your duties and

15   responsibilities would be?

16        A    That I would go into the jail and some

17   inmates may request an assessment, so I would be

18   doing assessments on the inmates, I would be

19   referring to suicide watch if appropriate.  I would

20   be seeing people that were on suicide watch to

21   determine if they needed to remain or be taken off

22   of suicide watch.  That was the basics.

23        Q    Was it your understanding from this

24   information that you received, the written material,

25   that in order to take a patient off of a suicide

1    watch someone from mental health or the physician

2    had to order that?

3         A    Yes.

4         Q    Did you also receive a copy of the

5    policies and procedures for the Creek County

6    facility?

7         A    I don't -- for the Creek County Jail

8    specifically, I don't -- I don't recall that.

9         Q    Have you ever seen any policies and

10   procedures from the Creek County facility?

11        A    No.

12        Q    Okay.

13        A    There is a medical -- there is a book in

14   medical about procedures for medical.

15        Q    Protocols?

16        A    Yes.

17        Q    Any protocols for mental health?

18        A    Not that I recall, no.

19        Q    What other -- you told me in the first

20   e-mail that you got this information, what other

21   information have you received in a written form from

22   ACH that helps you in your day-to-day job activities

23   there at the correctional facility?

24        A    That was -- I believe that was it.

25        Q    During this interview that lasted

1      Q      Which assessment can you do as an LPC?

2      A      Like a Beck Depression and Anxiety, some

3    of the very basic.

4      Q      What assessments can you not do as an LPC?

5      A      An MMPI, more of the -- the more in-depth

6    defining personality disorders, those things.

7      Q      As a licensed professional counselor, can

8    you prescribe medication?

9      A      No.

10      Q      If you think that you need psychotropic

11    medication to help treat a patient, how do you

12    obtain that?

13      A      I refer that patient to a psychiatrist.

14    Or their PCP.

15      Q      Tell me what types of things as a licensed

16    alcohol and drug counselor you can do?

17      A      It's essentially the same thing as the

18    licensed professional counselor.  The licensed

19    professional counselor is -- specializes in mental

20    health and the licensed alcohol and drug counselor

21    specials in substance abuse issues, so the same

22    duties with a different focus.

23      Q      When you talked to Ms. Caldwell, did she

24    discuss with you some of the unusual facets of

25    providing care for inmates in a correctional

1    facility from a mental health standpoint?

2        A    She did talk about the difference in what

3    I was used to doing and what would be in the

4    correctional environment.

5        Q    What did she tell you?

6        A    I'm trying to think back on the

7    conversation.  She talked about the difference in

8    the environment and them being in jail and some of

9    the differences that they experience that are

10   different than the average person on the outside;

11   triggers for them, challenges at different phases of

12   their stay and what to watch out for as far as that

13   goes.

14       Q    Tell me what those triggers are and what

15   you were told to watch out for.

16       A    She was talking about as far as people

17   tend to have a hard time when they come -- when they

18   are first booked into the jail, especially if it's

19   their first time in jail, and as they transition

20   through, you know, their first court date comes up

21   and that's challenging.  If they expect to get out

22   and they don't, that could be a hard time.  Getting

23   news from family, things like that.

24       Q    What type of news from family?

25       A    If there's been changes in relationships,

1    if other people are going through a hard time, you

2    know, if they are responsible for a family on the

3    outside and that family is hurt financially or going

4    through stressors or if there was a death in the

5    family, things that they would have to deal with

6    differently being incarcerated than they would on

7    the outside.

8        Q    Did she talk to you about there being a

9    higher percentage within the prison population of

10   people with mental illness than in the general

11   population?

12       A    Yes.

13       Q    And did she share with you any statistics

14   on what that difference was?

15       A    Not that I recall specifically.

16       Q    Have you read any literature that has

17   discussed with you the percentage of people within

18   the correctional facility that had mental illness in

19   relationship to just out in the private world?

20       A    Not that I recall.

21       Q    If I said that there are articles out

22   there that are three to nine times higher rates of

23   mental illness with inmates than in the general

24   population, would you dispute that?

25       A    No.

1       Q       Did she discuss with you suicide in

2   correctional facilities?

3       A       Yes.

4       Q       What did you two talk about in

5   relationship to suicides?

6       A       She talked to me about, again, my

7   responsibilities in placing people on suicide watch,

8   taking them off, what to look for in placements,

9   what to look for in removals, that at different

10  points in their stay, like I talked about earlier,

11  that those can be higher risk factors.

12      Q       What are the factors that go into when you

13  would place someone on suicide watch?

14      A       If they say that they're suicidal, if they

15  are presenting as highly emotional, whether that be

16  very sad and crying or very heightened and angry, if

17  they have a difference in their typical behavior,

18  either the IC or other staff reports to me, such as

19  giving items away or, you know, sleeping a lot, that

20  could also be a sign of depression, not

21  suicidiality, but those are the main things, the

22  main criteria.

23      Q       Okay.  And what's the criteria to remove

24  someone from suicide watch?

25      A       I would ask them if they were still

1   suicidal, so if they said yes, then I didn't move on

2   and left them on.  If they said no, I would ask them

3   what's changed, what's different since their

4   placement and look for, you know, what they said.  I

5   would ask them, you know, if you go back to general

6   population or segregation or wherever they were

7   housed and you start having these feelings again,

8   what could you do?  I would ask them what support

9   systems they had, as far as people both in the jail

10  and outside the jail.  I would ask them what coping

11  skills that they had learned in managing things or

12  what they could utilize in the future.  So I would

13  look for what I felt like were positive answers from

14  them in all of those things so that I knew that they

15  currently weren't suicidal and they had a plan, you

16  know, to manage things differently.

17       Q    Okay.  In the forms that you received from

18  ACH, did you see a contract that you would have

19  inmates sign where they would promise that they

20  would not harm themselves?

21       A    Uh-huh.

22       Q    Is that yes?

23       A    Yes.

24       Q    Did you utilize that document?

25       A    Yes.

1      Q      Did you use it in all instances where you

2   took someone off of suicide watch?

3      A      I didn't use that form in the beginning

4   whenever I was there.  I can't remember specifically

5   when I started using it, but I would use it on

6   anyone that was on suicide watch that I was taking

7   off of suicide watch.

8      Q      In looking through the records, it appears

9   that Mr. Ernst was on suicide watch back in August

10  of 2013.  Do you recall that?

11     A      Yes.

12     Q      Did you see that contract not to harm

13  yourself in Mr. Ernst's file?

14     A      No.

15     Q      So by August of 2014 you were not

16  utilizing that form?

17     A      Right.  I wasn't using it at that point.

18  It was later on that I started using it.

19     Q      Do you recall when you first would have

20  got that form?

21     A      I don't.

22     Q      Do you think that is a good determination

23  to use in determining whether someone is suicidal,

24  the fact they sign that contract?

25     A      I don't see it as the only thing to look

Amanda Spriggs                    7/31/2015                         37

1        Q     Do you know whether Buspirone is something

2    that should be prescribed long term or short term?

3        A     I don't know that.

4        Q     Would it be a fair statement that for any

5    medication, any psychotropic medication, you would

6    have been relying upon the doctor at the facility to

7    determine the dosage that was going to be required?

8        A     Yes.

9        Q     When you are going to see an inmate, do

10   you review his medical file before you see him?

11       A     Typically, yes.

12       Q     What type of information is in the medical

13   file?  I'm just talking generically right now.

14       A     The intake forms, any notes that if the

15   medical staff or physician had seen them previously,

16   any notes that they made about them, any information

17   we received from outside sources, their outside PCP,

18   et cetera.

19       Q     Okay.  And you said the intake forms.  Is

20   that both the booking form as well as that 14-day

21   form that is to be filled out by medical?

22       A     The medical intake form?

23       Q     Yes.

24       A     Is that what you're-- yes, correct.

25       Q     And when I say 14 day, are you aware that

1        A    No.

2        Q    Did you ever know that he had been

3   diagnosed with depression?

4        A    I was aware of that.  I don't recall at

5   what time -- at what point in time that was.  At the

6   time that I saw him at this point on 8/26, I did not

7   have that information.

8        Q    It says that when he began giving his tray

9   away officers became concerned and placed him on

10  suicide watch.  Was that information that he gave to

11  you?

12       A    Yes.

13       Q    Because you never talked to any of the

14  officers that had observed any of these actions; did

15  you?

16       A    It is -- again, I don't recall this

17  specifically that day.  It is typical for me to go

18  and talk to officers and try to find out

19  information.  I don't recall getting specific

20  information from them.  There were two different

21  shifts, so a lot of times an inmate would be placed

22  on suicide watch with one shift and whenever I went

23  in the other shift would be there and they may or

24  may not have that information.  So I'm certain that

25  I asked.  I don't remember specifically being given

1        any additional information.

2            Q     An officer who places an inmate on suicide

3        watch, there's a form that they have to fill out

4        that gives the reasons why they've done this; isn't

5        there?

6            A     Yes.  It's more of a general note that

7        they do.

8            Q     Did you have access to that note at the

9        time you saw Mr. Ernst?

10           A     No.

11           Q     Have you ever seen that note?

12           A     No.

13           Q     In that current evaluation it goes on to

14       say he denies suicidiality, so you've asked him are

15       you in danger of harming yourself at this time or

16       any others?

17           A     Correct.

18           Q     What else did you talk to him about

19       concerning this suicide to make the assessment that

20       he denies suicidiality?

21           A     I would have asked him reasons that he has

22       to live, things that he's looking forward to in the

23       future, maybe plans that he has, reasons that he has

24       to live.

25           Q     What did he tell you about those?

1      A     I don't remember specifically what he

2   said, but I do -- I know that he would have given me

3   answers to those things or I would have -- that

4   would have been an indication to keep him on suicide

5   watch.

6      Q     So even if he denies that he has any

7   suicidal ideations, if he can't answer the questions

8   about what do you have to live for, what are your

9   plans, you're not going to take him off the watch?

10     A     If I see that and see that he's -- he

11  would have been sad or given some other indication

12  as well, yes, I would have taken all of those things

13  into consideration.

14     Q     Well, at the time you saw him, was he sad?

15     A     No.

16     Q     I don't see any place for you to assess,

17  other than this writing, there's nothing for you to

18  discuss the affect of this person.

19     A     Uh-huh.

20     Q     Do you not record that information?

21     A     Not if it's -- if it's remarkable in some

22  way, I would have, but since I didn't, then that

23  indicates that everything was normal or average.

24     Q     And he denied any previous suicide

25  attempts?

```
 1      A      Right.

 2      Q      Is that something you would always ask

 3   someone?

 4      A      Yes.

 5      Q      What is the significance of any prior

 6   suicide attempts?

 7      A      Prior suicide attempts make them more at

 8   risk for future suicide attempts.

 9      Q      I mean, some people -- I've heard them say

10   people that talk about suicide never do it.  Have

11   you ever heard people say that?

12      A      Uh-huh.

13      Q      That's not a true statement; is it?

14      A      It's different for everyone.  Some people

15   that commit suicide talk -- people come and say, you

16   know, they talked to me a lot about that, other

17   people don't talk about it at all.  So it's very

18   different depending on the individual.

19      Q      Have you been able to identify a

20   personality type that you're more concerned about if

21   they're silent as opposed to someone who is

22   boisterous?

23      A      I don't look at either one as being more

24   at risk than the other.

25      Q      Both at risk?
```

1      A     Could be, depending on a lot of other

2    factors combining with it.

3      Q     And that he denied mental health

4    medication management; is that correct?

5      A     Yes.

6      Q     You're aware that medical did their

7    assessment on him on the same day that you saw Mr.

8    Ernst?

9      A     Uh-huh.  Yes.

10      Q     And you're aware that he did list

11    medications that would be considered psychotropic

12    medications; didn't he?

13      A     Right.

14      Q     Are you certain that you asked him about

15    medication management for mental illness?

16      A     Yes.

17      Q     The fact that he did not tell you the

18    truth about that, what does that indicate to you?

19      A     I don't -- I don't know.  I don't know why

20    he would have done that.  I can't speculate on that.

21      Q     I'm not asking you to speculate on his

22    reasons but what does it indicate to you as a mental

23    health professional when you ask a question that is

24    very direct about have you been on medication

25    management for mental health issues and the person

1    would say no, that they deny this, what is that

2    telling you as the professional?

3         A    I don't know, I can't say.  All I -- all I

4    can do is ask them the questions and I have to go

5    off of what they tell me.

6         Q    But if you find from a mental health

7    standpoint that someone is not being honest with

8    you, is that important in your assessment of that

9    individual?

10        A    It could be, depending on what they're not

11   being honest about.

12        Q    Well, here he's not being honest about the

13   fact that he had been on medication and was on

14   medication at the time he was arrested.  What would

15   be significant from a mental health standpoint about

16   that statement?

17        A    I don't know.  I can't answer that

18   question.

19        Q    Okay.  Under reason for -- you go down to

20   decision, and it's release from observation.  Is

21   that suicide watch?

22        A    Yes.

23        Q    And you give a date and a time for his

24   release?

25        A    Yes.

1     Q     The 9:50 time, does that indicate that

2     that would have been the time that you would have

3     seen Mr. Ernst?

4     A     That would have indicated the time that

5     our conversation ended.

6     Q     So you thought that he was fit at that

7     point to be released?

8     A     Correct.

9     Q     In fact is he then taken back to his cell

10    when he leaves your office?

11    A     They would typically take them back to the

12    suicide watch cell that they were in, they would

13    gather their clothes and find a placement for them,

14    a cell to go to, and then take them to general

15    population or wherever they were going.  So the time

16    that that took really depended on what was going on

17    for the officers at that time.

18    Q     To the right of that is three boxes you

19    can check off for mental health placements level of

20    observation.  When do you use this portion of the

21    form?

22    A     If I am placing someone on suicide watch.

23    Q     And then you're required to give your

24    reason for the decision; correct?

25    A     Yes.

```
1    psychiatrist for nightmares which would be mental

2    issues; correct?

3         A    He's asking for a psychiatrist and

4    counseling, yes.

5         Q    Uh-huh.  Yet there is nothing that is done

6    for Mr. Ernst during that time; is there?

7         A    No.

8              MR. McMILLIN:  Object to the form.

9         Q    Let's look at the May 19th of 2014.  This

10   is the second and last time that you see Mr. Ernst;

11   isn't it?

12        A    Yes.

13        Q    And the reason for the contact is because

14   the inmate's family has contacted the facility

15   stating the inmate needed mental health treatment.

16        A    Yes.

17        Q    And because you were told the family is

18   now saying he needs it, you decided to see

19   Mr. Ernst?

20        A    Based on the information I was given, I

21   decided to see him.

22        Q    Well, what other information were you

23   given other than the family was saying that he

24   needed mental health treatment?

25        A    That's all I was given.
```

1      Q     If you had --

2      A     So I then responded to...

3      Q     If you had looked in the chart and seen

4   these other requests, would you have initiated a

5   time to see Mr. Ernst?

6      A     I don't -- I'm not sure.

7      Q     Okay.  The history that you obtained, was

8   this all information that you had gotten from Mr.

9   Ernst?

10     A     It's not all of the information, it's just

11  a summary of our conversation.

12     Q     He requests individual therapy and

13  medication for sleep, neither of which is provided

14  at CCJ.  Did he want medication for sleep or did he

15  want medication to help him with the mental issues

16  that he was having?

17     A     He reported to me that he wanted the

18  medication for sleep.

19     Q     Oftentimes the psychotropic medications,

20  that's a side benefit, it helps people sleep;

21  correct?

22     A     I'm not sure.

23     Q     Okay.  What was -- there's a list of

24  checks that you can make and when we come down to

25  mood, what do you record as his mood?