IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

```
1) MICHELLE ERNST as Personal  )
Representative of the Estate   )
of DAVID MICHAEL ERNST,        )
deceased,                      )
                               )
            Plaintiff,         )
                               )
vs.                            ) No. 14-CV-504-GKF-PJC
                               )
1) CREEK COUNTY PUBLIC         )
FACILITIES AUTHORITY,          )
2) ADVANCED CORRECTIONAL       )
HEALTHCARE, INC.,              )
                               )
            Defendants.        )
```

\*   \*   \*   \*   \*

DEPOSITION OF ADAM MARSHALL
TAKEN ON BEHALF OF THE PLAINTIFF
AT 404 E. DEWEY AVENUE, SAPULPA, OKLAHOMA
COMMENCING AT 9:05 A.M.
ON NOVEMBER 9, 2015
PURSUANT TO THE STIPULATIONS OF THE PARTIES

\*   \*   \*   \*   \*

ROBERTA JOHNSON REPORTING SERVICES
P.O. BOX 457
SALINA, OKLAHOMA 74365
(918) 520-1506

REPORTED BY:   ROBERTA L. JOHNSON, CSR, RPR

EXHIBIT 37

1          ADAM MARSHALL

2   after first being duly sworn to tell the truth, the

3   whole truth, and nothing but the truth, testified as

4   follows:

5              DIRECT EXAMINATION

6   BY MR. WALSH:

7       Q.    Would you state your full name, please?

8       A.    Adam Russell Marshall.

9       Q.    Sir, how are you employed?

10      A.    With the Creek County Sheriff's Office.

11      Q.    Doing what?

12      A.    I'm a patrol deputy.

13      Q.    How long have you been a patrol deputy?

14      A.    About a year and six months.

15      Q.    Prior to that, how were you employed?

16      A.    With the Creek County Sheriff's Office.

17      Q.    Doing what?

18      A.    I was transport deputy.

19      Q.    For what facility?

20      A.    The Creek County Jail.

21      Q.    How long did you hold that position?

22      A.    Oh, since September 1st.  Since September

23   1st, 2012, I believe, is when I was sworn in as a

24   deputy for transport.

25      Q.    Okay.  When did you leave that position?

1  in the level of depression that you observed.

2       A.    From like a scale of one to 10?

3       Q.    However you would -- can best judge it.

4       A.    Probably from -- probably from a six to a 10.

5       Q.    Okay.  Do you recall bringing him back on

6  June -- and the records, I believe, indicate it was

7  June 11th of 2014 when the jury came back.  Do you

8  recall bringing him back after the jury had announced

9  their verdict?

10      A.    Yes, sir.  After the jury announced their

11 verdict, I handcuffed Mr. Ernst and transported him

12 back to the Creek County Criminal Justice Center.

13      Q.    What was his emotional state at that time?

14      A.    Of a sad individual.

15      Q.    Did you talk to him about what had happened?

16      A.    Not -- not really.  He made a few comments on

17 the way back from the jail.

18      Q.    Tell me the comments that he made.

19      A.    He was just talking about how he's -- his age

20 and with what the jury had given him, that was pretty

21 much a life sentence.  And he just -- he made a

22 comment, I believe, that I should just hit him with

23 the car, run him over or something like that is what

24 he told me.

25      Q.    Was there another event that you observed at

1   the trial involving he and his wife, Regina?

2       A.    It was right after the trail.  Whenever he

3   got sentenced and the jury was dismissed, his wife

4   approached him.  She started to get a little close.  I

5   had to back her off and keep her on the other side of

6   the separator and she took her wedding ring off and

7   threw it at Ernst.

8       Q.    Did she say anything when she did this?

9       A.    Not that I can recall.

10      Q.    Did David Ernst respond in any way to this

11  action?

12      A.    He just put his head down.

13      Q.    As a transport officer, are you required to

14  go through the same training that the officers who are

15  in the jail go through?

16      A.    I had previously worked in the jail before

17  transport, so I've had the same training.

18      Q.    When did you first start working in the jail?

19      A.    March 1st, 2010.

20      Q.    What was your position at that time?

21      A.    Detention officer.

22      Q.    Had this been your first experience as a

23  detention officer?

24      A.    On that date?

25      Q.    Yes.

1    Q.   Were you taught what those clues, verbal and

2    behavioral were?

3    A.   Yes, sir.

4    Q.   Tell me what you were taught.

5    A.   Verbal would be like saying I want to kill

6    myself.  The other clues would just be watching the

7    inmate, seeing the -- the type of -- just being

8    concerned with that inmate's well-being, the way

9    they're acting.  If you feel like it's -- stands for

10   possible suicide prevention, then you bring that up.

11   Q.   And I understand we're talking kind of in

12   generic terms, but what behaviorally were you taught

13   to look for?

14   A.   Like I said, verbal is them telling you I

15   want to kill myself.  The other one would just them --

16   I could have sworn we already went over this.  Them

17   hanging out in their cells, just every day activity

18   changing.  I mean --

19   Q.   Did you ever report to your supervisor or to

20   medical that you thought someone was suicidal?

21   A.   Yes, sir.

22   Q.   Did you report that you thought David Ernst

23   was suicidal?

24   A.   I reported that they should watch him due to

25   his body language and the way he was acting was

Page 29

1    concerning to me, after he was sentenced after trial.

2         Q.    I think, in your report, didn't you say that

3    he should either be put on suicide watch or seen by

4    medical?

5         A.    Yes, sir.

6         Q.    Did you think he was suicidal?

7         A.    The way he was acting, I felt like something

8    could happen.

9         Q.    What did you expect was going to occur after

10   you had made that statement?

11        A.    He would go on suicide watch.

12        Q.    Did David Ernst go on suicide watch?

13        A.    No, sir.

14        Q.    Do you know who from medical talked to

15   Mr. Ernst?

16        A.    I do not.

17        Q.    If I told you that Amanda Spriggs did not

18   talk to David Ernst, would that surprise you?

19        A.    Yes, sir.

20        Q.    Do you know -- do you remember the nurses who

21   would have been working at this facility back in June

22   of 2014?

23        A.    I do not, sir.

24        Q.    Do you know of any qualifications that the

25   nurses would have had to handle mental health issues

Page 35

```
 1        Q.    Did anyone ever ask you, Adam, why do you
 2    feel this way?
 3        A.    No, sir.
 4        Q.    Who did you give this information to that you
 5    thought he should go on suicide watch?
 6        A.    I told the shift supervisor.  I told the
 7    chief of security.
 8        Q.    Who was the shift supervisor?
 9        A.    Boomer Jones.
10        Q.    Where did you and the shift supervisor,
11    Jones, have this conversation?
12        A.    It was in booking as soon as we returned from
13    Bristow court.
14        Q.    Who else did you tell?
15        A.    I went from -- I went from Jones to the chief
16    of security, Lance Prout.
17        Q.    What did you tell Lance Sprout (sic)?
18        A.    I told him that I felt that Mr. Ernst needed
19    to go on suicide watch based on the way he was acting.
20        Q.    Did you tell anyone else besides Jones and
21    Sprout that you thought Mr. Ernst needed to go on
22    suicide watch?
23        A.    I did.  I told Lieutenant Hutchison.
24        Q.    Did you have three conversations with these
25    individuals or were they all together when you
```

1    discussed this?

2        A.    It was all separate, from one to the other to

3    the next.

4        Q.    Who -- and you told -- did you tell Boomer

5    Jones first?

6        A.    Yes, sir.

7        Q.    Did you tell Mr. Sprout second?

8        A.    Prout, sir.

9        Q.    Krout?

10       A.    Prout.  P-R-O-U-T.

11       Q.    And did you tell Lieutenant Hutchison third?

12       A.    Yes, sir.

13       Q.    You said that the conversation with Jones

14   took place in booking.  Where did the conversation

15   happen with the chief of security?

16       A.    In his office.

17       Q.    When you told Mr. Jones that you thought he

18   needed to go on suicide watch, meaning Mr. Ernst, what

19   was Boomer Jones' response?

20       A.    I don't remember, sir.  I -- I can't remember

21   what his response was to it.  He said -- I believe he

22   said I'll take care of it.

23       Q.    So then why did you feel it necessary to go

24   talk to the chief of security?

25       A.    To make sure it got taken care of.

1    A.    Oh, yes, sir.

2    Q.    Okay.  So far as we were talking, all you've

3    told me in these conversations with Jones, Prout and

4    Hutchison was that he needed to go on suicide watch?

5    A.    Or be watched by detention officers for the

6    clues of being placed on suicide watch.

7    Q.    Oh, so you -- okay.  So how about -- so you

8    actually made three statements then?  He needed to

9    either go on suicide watch, be watched by the

10   correction officers or be seen by medical?

11   A.    Well, I mean, that's not what I told them.

12   Excuse me.  I'm sorry.

13   Q.    Okay.

14   A.    I told them that he either needed to go on

15   suicide watch or be watched is what I said.

16   Q.    Or be watched meaning what?

17   A.    Just watch him.  Watch him, watch how he's

18   acting.  I didn't say these things, but that's what it

19   means, to watch the inmate, see how he's acting and if

20   he raises any indicating -- indicating any forms of

21   suicide or body languages of suicide, then you need to

22   have him pulled up.

23   Q.    Okay.  And as a correctional officer, you had

24   been trained in what those body signs might be that

25   would lead to suicide watch?