Regina Ernst                    5/18/2015                           1

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2

 3    1) MICHELLE ERNST as Personal
         Representative of the Estate
 4       deceased,

 5         Plaintiff,

 6    vs.                               No. 14-CV-504-GKF-PJC

 7    1) CREEK COUNTY PUBLIC
         FACILITIES AUTHORITY,
 8    2) ADVANCED CORRECTIONAL
         HEALTHCARE, INC.,
 9
           Defendants.
10

11                 DEPOSITION OF REGINA ERNST
              Taken on Behalf of the Defendants
12        On May 18, 2015, beginning at 10:00 a.m.
                   In Tulsa, Oklahoma
13

14                     APPEARANCES:

15    Appearing on behalf of the PLAINTIFF

16              Micky Walsh
                Beeler, Walsh & Walsh
17              4508 N. Classen Boulevard
                Oklahoma City, Oklahoma 73118
18              405-810-9339
                Dfranseen@beelerwalshwalsh.com
19
                -and-
20
                Carla Stinnett
21              DENNEY & STINNETT
                301 East Dewey
22              Sapulpa, Oklahoma 74066
                918-227-1177
23              Carla@gregdenneylaw.com

24    (Appearances cont'd on next page)

25    Reported By:  Becky C. Dame, CSR, RPR
```

EXHIBIT 40

```
 1    WHEREUPON,

 2                        REGINA ERNST,

 3    after having been first duly sworn, deposes and

 4    says in reply to the questions propounded as

 5    follows, to-wit:

 6                     DIRECT EXAMINATION

 7    BY MR. McMILLIN:

 8         Q     Would you state your name for the record,

 9    please?

10         A     Regina Lee Ernst.

11         Q     And, Ms. Ernst, where do you live?

12         A     Spavinaw.

13         Q     Where's that?

14         A     Spavinaw.

15         Q     What's the address?

16         A     ████████████████████

17         Q     Where is Spavinaw?

18         A     West of Salina.

19         Q     And does anybody live there with you?

20         A     Yes, sir.

21         Q     Who also lives at that address?

22         A     Scott Lee.

23         Q     Anyone else?

24         A     No.

25         Q     And who is Scott Lee?  How do you know
```

1    do it?

2         A    Hang his self.

3         Q    Did Jeremy tell you what the response was

4    that he received from the jailer?

5         A    No.  There was no response.

6         Q    You never called up there or talked to

7    anybody at the jail about David --

8         A    Oh, yes.

9         Q    Let me finish the question.

10             Did you ever talk to anybody at the jail

11   about any concern you had that David might commit

12   suicide?

13        A    Yes, I did.

14        Q    Who did you talk to?

15        A    I spoke to Bob Burch, I spoke to nurses,

16   and Mr. Thompson.

17        Q    Who is Mr. Thompson?

18        A    He's in the sheriff's office.  And I spoke

19   to a 911 operator.

20        Q    Who's Burch?

21        A    He's a lieutenant, I believe, at the jail.

22        Q    And you said you spoke to a 911 officer --

23   or operator?

24        A    Yes.

25        Q    And when was that?

1       A     That would be right approximately before

2    the trial.  Maybe a month before.  Yeah.  Yeah, it

3    was.  It was in May.

4       Q       May of 2014?

5       A       Yes.

6       Q       And you made a call from what number?

7    What phone?  Your cellphone?

8       A       Who?

9       Q       To the 911 operator.

10      A       No.  I spoke to her in person.  She works

11   in the jail.

12      Q       Where does she work?

13      A       In the jail.

14      Q       I mean, what location?  At the front --

15      A       At the window.  That's the 911 operators.

16      Q       Okay.  So about a month before his --

17   David's criminal trial, you spoke to somebody at the

18   jail behind the window?

19      A       Yes.

20      Q       What did you speak to them about?

21      A       About David and his state of mind and

22   needing help.

23      Q       So what did you say to her, the best you

24   can remember?

25      A       I told her that, "No one will help him,

```
 1    and I don't know what to do.  Can you please help

 2    me?  They will not help him.  They won't do

 3    anything."

 4              And she gave me Mr. Thompson's number, and

 5    I spoke to him.

 6         Q    Did she say anything else to you other

 7    than giving you Mr. Thompson's number?

 8         A    No.  She was very sympathetic.

 9         Q    And did you talk to Mr. Thompson?

10         A    Yes, I did.

11         Q    When did you talk to him?

12         A    The very next day.

13         Q    Was that in person?

14         A    No.  It was on the phone.

15         Q    Was that from your cellphone?

16         A    Yes.

17         Q    What was your cellphone number?

18         A    ████████████████

19         Q    And has that been your -- is that still

20    your cellphone number?

21         A    Yes, sir.

22         Q    Have you had that cellphone during that

23    entire time that David was incarcerated, that same

24    phone?

25         A    No.  I had another number, but it was in
```

```
 1    carrier?  Do you know who that would be?

 2         A     No.

 3         Q     You didn't have a cellphone plan with any

 4    phone carrier?

 5         A     No.  Not then.

 6         Q     You just go to Wal-Mart and they give you

 7    a card?  You buy a card?

 8         A     You buy it.  You buy it.

 9         Q     And you can buy additional minutes on that

10    card?

11         A     Yes.

12         Q     Other than those two phone numbers, did

13    you ever use any other phone to call up to the jail?

14         A     No.

15         Q     And the cellphone number that was David's

16    number, was that also used -- buy your card at

17    Wal-Mart or --

18         A     No.  That was US Cellular.

19         Q     Okay.  So you said sometime about a month

20    before the criminal trial, you talked to the lady at

21    the window at the jail, and she referred you to

22    Mr. Thompson?

23         A     Yes.

24         Q     And you called Mr. Thompson on the phone

25    about a day later.  And did you just talk to him one
```

```
 1    time?

 2         A    Before his death, yes.

 3         Q    And what -- what did you say to him and

 4    what did he say to you?

 5         A    I told him that -- well, I was having

 6    trouble with a nurse, and I told him about Burch

 7    promising to get him help and not getting him help.

 8         Q    What trouble with a nurse are you talking

 9    about?

10         A    She didn't like it that I called up there.

11    She said, "Will you have her quit calling up here

12    ten times a day?"  And she told me that whenever he

13    got in DOC, he could get his medication for free.  I

14    was upset because I thought you were innocent until

15    proven guilty.

16         Q    So do you know this nurse's name?

17         A    She's deceased now.

18         Q    Well, do you know her name?

19         A    Chrissy -- Christi.

20         Q    Anything else you said to Mr. Thompson?

21         A    Not that I can remember.

22         Q    What did he say to you?

23         A    He said he'd see what he could do.

24         Q    That's the last time you talked to him

25    before David's death?
```