## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. MICHELLE ERNST as Personal Representative of the Estate of DAVID MICHAEL ERNST, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 14-CV-504-GKF-PJC |
| 1. CREEK COUNTY PUBLIC FACILITIES AUTHORITY, 2. ADVANCED CORRECTIONAL HEALTHCARE, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT, ADVANCED CORRECTIONAL HEALTHCARE, INC.

Plaintiff, Michelle Ernst, as Personal Representative of the Estate of David Michael Ernst, deceased, hereby voluntarily dismisses with prejudice all claims against defendant, Advanced Correctional Healthcare, Inc. Plaintiff reserves her remaining federal law claim against defendant, Creek County Public Facilities Authority.

All parties stipulate to this dismissal.

_s/ Micky A. Walsh_

Micky A. Walsh, OBA # 9327
Derek S. Franseen, OBA # 30557
BEELER, WALSH & WALSH, PLLC
4508 N. Classen Boulevard
Oklahoma City, OK 73118
(405) 843-7600
(405) 606-7050 (fax)
mwalsh@beelerwalshwalsh.com
dfranseen@beelerwalshwalsh.com

and

*s/ Carla Stinnett*
Carla R. Stinnett, OBA # 19532
STINNETT LAW
404 E. Dewey Ave., Suite 202
Sapulpa, OK 74066
918-227-1177
918-227-1197 (fax)
carla@stinnettlaw.com
**ATTORNEYS FOR PLAINTIFF**

*s/ Michael S. McMillin*
Michael S. McMillin, OBA # 12404
FENTON, FENTON, SMITH, RENEAU & MOON
211 N. Robinson, Suite 800N
Oklahoma City, OK 73102
(405) 235-4671
(405) 235-5247 (fax)
msmcmillin@fentonlaw.com
**ATTORNEY FOR DEFENDANT, ADVANCED
CORRECTIONAL HEALTHCARE, INC.**

*s/ Ambre Gooch*
Ambre Gooch, OBA # 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1815
(405) 524-2070
(405) 524-2078 (fax)
gooch@czwglaw.com
**ATTORNEY FOR DEFENDANT,
CREEK COUNTY PUBLIC FACILITIES
AUTHORITY**